UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RYAN B. JOHNSEN,

    Plaintiff,

v.                                Case No. 6:24-cv-1636-RBD-DCI

L3HARRIS TECHNOLOGIES, INC.,

    Defendant.
_____

## ORDER

In this employment discrimination case, Plaintiff moved to strike Defendant's affirmative defenses. (Doc. 35.) On referral, U.S. Magistrate Judge Daniel C. Irick entered a Report and Recommendation submitting that the Court should deny the motion but construe the first and third defenses as denials. (Doc. 45 ("R&R").) The parties did not object, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.    The R&R (Doc. 45) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2.    Plaintiff's motion (Doc. 35) is **DENIED,** but the Court construes the First and Third Affirmative Defenses as denials.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 14, 2025.

ROY B. DALTON, JR.
United States District Judge